IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TSYS MERCHANT SOLUTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TRANSACT, LLC, a Texas limited liability company doing business as GLOBAL CARD 1, LLC and MICHAEL W. DELEONARDIS, an Individual,<br><br>Defendants. | Civil Case No. 8:11-cv-03175<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on Plaintiff's and Defendants' Joint Stipulation for Dismissal With Prejudice (filing 27).  The parties having reached a settlement of all claims, the Court finds and hereby orders as follows.

IT IS ORDERED that the Joint Stipulation for Dismissal with Prejudice (filing 27) shall be and the same is hereby APPROVED;

IT IS FURTHER ORDERED that this action and any claims and counterclaims filed by the parties in this action shall be and hereby are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees

IT IS SO ORDERED this 8th  day of June, 2012.

BY THE COURT

/s JOSEPH F. BATAILLON
United States District Judge

1